UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALLAN COOPER,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.,<br><br>Defendants. | Case No. 21-00404 BLF (PR)<br><br>**ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL**<br><br><br>(Docket No. 5) |

On January 15, 20201, Plaintiff, proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On January 29, 2021, Plaintiff filed a notice of voluntary dismissal requesting the instant action be dismissed because it is a duplicate of an earlier filed action under Case No. 20-04658 BLF. Dkt. No. 5. Plaintiff states that he sent another copy of the same complaint when he did not receive a response from the Court for several weeks. *Id.*

A plaintiff has the absolute right to dismiss his or her action by filing a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(i). Said dismissal may be with or without prejudice, but unless plaintiff's notice of dismissal states otherwise, it is deemed to be

"without prejudice." *See* Fed. R. Civ. P. 41(a)(1); *Humphreys v. United States*, 272 F.2d 411, 412 (9th Cir. 1959).

Based on the foregoing, Plaintiff's request for voluntary dismissal is **GRANTED**. *Id.* This action is **DISMISSED** without prejudice. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:  _February 19, 2021__

BETH LABSON FREEMAN
United States District Judge

Order Granting Request for Vol. Dism.
P:\PRO-SE\BLF\CR.21\00404Cooper_vol.dism

2